UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
DAWN BARKER,

               Plaintiff,

  - against -

BRENDA A. ITHIER, PV HOLDING
CORP. and BUDGET GROUP, INC.,

              Defendants.
----------------------------------x



RULE 7.1 CERTIFICATE
OF IDENTIFICATION

08 CIV. 4517

JUDGE RAKOFF

    The defendant, PV Holding Corp., is organized and existing by virtue of the laws of the State of Delaware and is an affiliate of Avis Budget Group, Inc., organized and existing by virtue of the laws of the State of Delaware, a publicly traded corporation listed on the New York Stock Exchange under ticker symbol: CAR.

Dated:  Tarrytown, New York
       May 14, 2008

                              Yours, etc.

                              REARDON & SCLAFANI, P.C.
                              Attorneys for Defendants
                              OFFICE & P.O. ADDRESS
                              220 White Plains Road, Suite 235
                              Tarrytown, New York  10591
                              (914) 366-0201

                              BY: _____
                                 MICHAEL V. SCLAFANI (MS 9120)