Nicholas J. Accurso, Esq. (NA 1853)
An Associate with the Firm of
REARDON & SCLAFANI, P.C.
Attorneys for Defendants
Avis and PV Holding
220 White Plains Road, Suite 235
Tarrytown, New York  10591
(914) 366-0201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
DAWN BARKER,

                          Plaintiffs,          NOTICE OF MOTION

          - against -                          08 CIV. 4517(JSR)(JCF)


BRENDA A. ITHIER, PV HOLDING CORP.
and AVIS BUDGET GROUP, INC.,

                          Defendants.
----------------------------------x
S I R S :

        PLEASE TAKE NOTICE, that the defendants PV Holding Corp. and

Avis Budget Group, Inc. will move this Court before Hon. Jed S.

Rakoff, U.S.D.J., United States District Court, at the United

States Courthouse, Room 14A, 500 Pearl Street, New York, New York,

for an order pursuant to Fed. R. Civ. P. 56(b), 49 U.S.C. 30106 and

New York's Vehicle and Traffic Law §§128 and 388(1) dismissing the

complaint against the defendants Avis Budget Group, Inc. and PV

Holding Corp. and for such other and further relief as the Court

deems just and proper.  All opposition papers are to be served and

filed by September 2, 2008.   Reply papers are to be served and

filed by September 9, 2008.   Oral argument will be held at 4:00

p.m. on September 16, 2008.

Dated: Tarrytown, New York
       July 31, 2008

                              Yours, etc.,

                              REARDON & SCLAFANI, P.C.
                              Attorneys for Defendants
                              Avis & PV Holding
                              OFFICE & P.O. ADDRESS
                              220 White Plains Road, Suite 235
                              Tarrytown, New York 10591
                              (914) 366-0201

                              By: _____
                                  NICHOLAS J. ACCURSO (NA 1853)

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 1, 2008, he caused to be served a true and correct copy of the within NOTICE OF MOTION AND SUPPORTING DOCUMENTS by ECF to:

TO:  Greenstein & Milbauer, LLP
     Attorneys for Plaintiff
     1825 Park Avenue, 9th Floor
     New York, New York 10035

     Buratti, Kaplan, McCarthy
     & McCarthy, Esqs.
     Attorneys for Defendant Ithier
     One Executive Boulevard, Suite 280
     Yonkers, New York  10701

                                   NICHOLAS J. ACCURSO (NA 1853)

Nicholas J. Accurso, Esq. (NA 1853)
An Associate with the Firm of
REARDON & SCLAFANI, P.C.
Attorneys for Defendants
220 White Plains Road, Suite 235
Tarrytown, New York  10591
(914) 366-0201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DAWN BARKER,

                          Plaintiffs,

           - against -

BRENDA A. ITHIER, PV HOLDING CORP.
and AVIS BUDGET GROUP, INC.,

                         Defendants.
------------------------------------x

STATEMENT PURSUANT
TO LOCAL RULE 56.1

08 CIV. 4517(JSR)(JCF)

S I R S :

      PLEASE TAKE NOTICE, that the defendants Avis Budget Group,
Inc. and PV Holding Corp. set forth their statement pursuant to
Local Rule 56.1 in support of their instant Notice of Motion
pursuant to Fed. R. Civ. P. 56(b) for an order dismissing
plaintiff's complaint and granting defendants summary judgment, as
follows:

      1.   That this is an action in diversity to recover personal
injuries resulting from an alleged motor vehicle accident which
occurred on March 12, 2007.  Docket #1.

      2.   That the defendants PV Holding Corp. and Avis Budget
Group, Inc. are affiliated with Budget Rent a Car System, Inc.  All
are  engaged in the business of renting consumer automobiles to the
general public under the "Budget Rent a Car" trade name.   See
Reiseman affidavit.

      3.   On March 11, 2007, defendant Brenda A. Ithier rented a

2

2007 Chevrolet Malibu, Massachusetts plate number 35VB42, from Budget Rent a Car System, Inc.   See Reiseman affidavit; Close affidavit; rental agreement; certificate of title.

4.  That the vehicle referred to in the plaintiff's complaint, a 2007 Chevrolet Malibu alleged to be bearing New York State license plate number 35VB42 and alleged to be operated by the defendant Ithier and is owned by the defendant PV Holding Corp., in actuality, bears Massachusetts license plate number 35VB42.   See Docket #1; Reiseman affidavit; rental agreement; certificate of title.

5.   That the defendant Avis Budget Group, Inc. was not the owner of said 2007 Chevrolet Malibu.   See certified title report.

6.   That plaintiff commenced this action by the filing of a summons and complaint on or about May 2, 2008 in Supreme Court of the State of New York, County of New York.   See Docket #1.

Dated: Tarrytown, New York
       July 31, 2008

Yours, etc.,

REARDON & SCLAFANI, P.C.
Attorneys for Defendants
PV Holding and Avis
OFFICE & P.O. ADDRESS
220 White Plains Road, Suite 235
Tarrytown, New York 10591
(914) 366-0201

By: _____
    NICHOLAS J. ACCURSO (NA 1853)

Nicholas J. Accurso, Esq. (NA 1853)
An Associate with the Firm of
REARDON & SCLAFANI, P.C.
Attorneys for Defendants
Avis and PV Holding
220 White Plains Road, Suite 235
Tarrytown, New York  10591
(914) 366-0201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
DAWN BARKER,

                      Plaintiffs,

        - against -

BRENDA A. ITHIER, PV HOLDING CORP.
and AVIS BUDGET GROUP, INC.,

                      Defendants.
-----------------------------------x

DECLARATION IN SUPPORT
OF DEFENDANTS' MOTION

08 CIV. 4517(JSR)(JCF)

Nicholas J. Accurso, an attorney duly admitted to practice before this Court and the Courts of the State of New York, declares the truth of the following under penalty of perjury:

1.   That I am an associate of the law firm of Reardon & Sclafani, P.C., attorneys for the defendants Avis Budget Group, Inc. and PV Holding Corp.; and am fully familiar with the facts and circumstances of this action. I submit this declaration in support of the instant motion of the defendants Avis Budget Group, Inc. and PV Holding Corp. for an order pursuant to Fed. R. Civ. P. 56(b) and 49 USC 30106 dismissing the plaintiff's complaint against Avis Budget Group, Inc. and PV Holding Corp. and for an order pursuant to Rule 56(b) and New York State Vehicle and Traffic Law §388 dismissing the plaintiff's complaint against Avis Budget Group, Inc.

2.   The plaintiff brings this action to recover damages for

2

personal injuries allegedly sustained in a motor vehicle accident which occurred on March 12, 2007 at approximately 12:15 p.m. on Jerome Avenue 300 feet west of its intersection with East 167th Street in The Bronx. (See ¶¶ 22-25 to the complaint at Docket #1.)

3. This action was commenced by the filing of a summons and complaint in the New York County Clerk's Office on May 2, 2008. Docket #1. On May 15, 2008, this action was removed to this Court pursuant to 28 USC §§1331, 1332, 1441(a) and 1446(b) based on the complete diversity of citizenship of the parties and the Court's federal question jurisdiction.    Id.    On May 21, 2008, the defendants Avis Budget Group, Inc. and PV Holding Corp. served their answer. Docket #7. The defendant Brenda Ithier served her answer on or about June 11, 2008.

4. At ¶¶"9" and "27" of the plaintiff's complaint, it is alleged that on March 12, 2007, each of the moving defendants owned a 2007 Chevrolet automobile bearing New York State license plate number 35VB42. This is incorrect as the 2007 Chevrolet automobile involved in this accident actually bore Massachusetts plate number 35VB42. See affidavit of Joy Reiseman sworn to on the 30th day of July, 2008, the rental agreement at Exhibit A, the certified title report at Exhibit B and the "certification of no record found" from the New York State Department of Motor Vehicles for plate number 35VB42 at Exhibit C.

5. The certified certificate of title from the State of

3

Massachusetts conclusively shows that the 2007 Chevrolet bearing plate number 35VB42 referred to in plaintiff's complaint is owned by the defendant PV Holding Corp. (See also Reiseman affidavit.)

6.   That the defendants PV Holding Corp. and Avis Budget Group, Inc. are affiliated with Budget Rent a Car System, Inc. and are engaged in the business of renting automobiles to the general public under the "Budget Rent a Car" trade name.   On March 11, 2007, the subject 2007 Chevrolet Malibu was rented to the defendant Ithier.   See Reiseman affidavit and rental agreement at Exhibit A.

7.   As more fully set forth in the accompanying memorandum of law, pursuant to 49 USC §30106 and New York State Vehicle and Traffic Law §§128 and 388, the defendants Avis Budget Group, Inc. and PV Holding Corp. are entitled to summary judgment dismissing the plaintiff's complaint.

WHEREFORE, it is respectfully requested that the defendants' motion be granted in all respects and that plaintiff's action be denied in its entirety.

NICHOLAS J. ACCURSO

Sworn to and subscribed before
me this 31st day of July, 2008:

Notary Public

DAWN M. SEHLMEYER
NOTARY PUBLIC State of New York
No. 4954896 Westchester
Qualified in Dutchess County 2009
Commission Expires Aug. 21, 19 2009

\$ - GUARANTEED
R - MANHATTAN GOLD (MANHATTAN LOCATIONS ONLY)

CR XXXXXXXXXXXX1136            3311 AIRPORT RD            ALLENTOWN,PA,18105,US                1143

))RETURN(( RA DOCUMENT 765136256    RENTED: 11MAR07/1918 AT: ALLENTOWN, PA APT   PHONE: 610-266-0567        370021
CAR# 1 4 9 6 7 5 2    GRP C           RETURN: 12MAR07/1413R AT: LAGUARDIA APO      RATE: N /C    TIME:   0 DY  18 HR
                                      DUE IN: 12MAR07/1500 AT: ALLENTOWN, PA APT   MIN   1 DAY

AT OUT:17769        AT IN: 17975                                                   266 MI @        .00
TOTAL MILES DRIVEN: 266                                                            @ HR @        16.00
PLATE: RA 35YN42    FUEL OUT: 8/8                                                  @ DY @        22.99
06E CHEV MALI 4DR   FUEL IN: 6/8        *******OPTIONAL SERVICES******             0 WK @
                                      LDW:    23.89/DAY DECLINED                   0 MO @
                                      PAE:     4.95/DAY DECLINED
METHOD OF PAYMENT: MASTER    1136     ESP:     4.00/DAY DECLINED                   MIN  1DY/M /C      *      22.99
DRIVERS LIC: USPAXXXX0130             SLI:    12.95/DAY DECLINED                   TIME & MILEAGE     *      22.99
BC#:    HC111X                                                                    FUEL SERVICE:   .2728/MI
BCD# U024100                                                                                     6.545/GAL
REMARKS: NSV/ HALF HOUR LATE                                                      *2% PASS CAR RENT TAX  *     .46
RA DOCUMENT 765136256                                                             **11.11% FEE        *      2.55
                                                                                  SUBTOTAL                  26.00
                                                                                  TAX  6.000%         *      1.56
                                                                                  B$2.00/DAY SURCHARGE  *    2.00
                                                                                  TOTAL CHARGES             29.56
                                                                                  AMOUNT DUE   CV   USD     29.56
                                                                                  * PA PASSENGER CAR RENT TAX
                                                                                  B $2.00/DY PA STATE SURCHARGE
                                                                                  **CONCESSION RECOVERY FEE

                        ITHIER,BRENDA
                        762 PENN ESTATES
                        EAST STROUDSBURG,PA,18301,US

                                                FASTBREAK

---------NOTICES----------NOTICES----------NOTICES----------NOTICES----------NOTICES ----------NOTICES----------NOTICES
***THE AMOUNT THAT APPEARS IN "AMOUNT DUE" HAS BEEN          ***00-74 MILES, $ 9.50 REFUELING SERVICE CHGE WILL
BILLED TO YOUR MASTER CARD.                                  APPLY.
***ALL CHARGES ARE SUBJECT TO AUDIT AND CHANGE IF ANY        ***I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS
ERRORS ARE FOUND.                                           SHOWN ON THIS RENTAL DOCUMENT AND ON THE SEPARATE
***THANK YOU FOR RENTING FROM BUDGET.                        RENTAL DOCUMENT JACKET DELIVERED TO ME WITH THIS
***MINIMUM CHARGE IS 1 DAY (24 HRS) PLUS MILEAGE.            RENTAL DOCUMENT.
***FUEL SERVICES ADD'L IF CAR IS RETURNED WITH LESS
FUEL THAN WHEN RENTED.                                       A SIGNATURE IS ON FILE.......... RENTAL #765136256
00FC/290C/U/075/15:18/F                                                      RES # 4/174407-US-2C
                                                            PREPARED BY: 52241          CLOSED BY: 75520

                                                EXHIBIT "A"

# CERTIFICATE OF TITLE

1496762 7F100704

# THE COMMONWEALTH OF MASSACHUSETTS

| TITLE NUMBER | VEHICLE IDENTIFICATION NUMBER | | | | DATE OF ISSUE |
|---|---|---|---|---|---|
| BD364789 | 1G1ZT58N37F100704 | | | | 07/07/2006 |

| MFRS. MODEL YEAR | MAKE | MODEL NAME | MODEL NO. | BODY STYLE/TYPE | NEW/USED |
|---|---|---|---|---|---|
| 2007 | CHEV | MALIBU | | SEDAN | NEW |

| CYL. PASS. ORS. | PURCHASE DATE | ODOMETER READING | | PREV. TITLE NO | PREV. TITLE STATE |
|---|---|---|---|---|---|
| 06 05 4 | 06/15/2006 | 6 ACTUAL MILEAGE | IF PREVIOUS STATE WAS TITLE EXEMPT, REGISTRATION NUMBER IS DISPLAYED | | |

MAILING ADDRESS ONLY:

BANK OF NEW YORK AS TRUSTEE
300 CENTRE POINTE DR
VIRGINIA BEACH, VA 23462

OWNER(S) NAME AND ADDRESS:

PV HOLDING CORP
375 MCCLELLAN HWY
E BOSTON, MA 02128-1177

## TITLE TYPE AND BRANDS

TITLE TYPE:

BRAND
BRAND
BRAND
BRAND

TITLE MESSAGE(S):

FIRST LIENHOLDER:

BANK OF NEW YORK AS TRUSTEE
300 CENTRE POINTE DR
VIRGINIA BEACH, VA 23462

SECOND LIENHOLDER:

NOTICE: AESOP Exchange Corporation, acting as trustee (Trustee), is the titled owner of this vehicle, has been assigned all the right, title and interest of the transferor/releasor to the vehicle. This is NOT an assignment. Transferees own or be the assignee of this to this vehicle. Transferees should detach and retain this reassignment prior to registering this title.

| RELEASE OF FIRST LIEN: | RELEASE OF SECOND LIEN: |
|---|---|
| THE FIRST LIENHOLDER'S INTEREST IN THE VEHICLE DESCRIBED IN THIS CERTIFICATE IS HEREBY RELEASED | THE SECOND LIENHOLDER'S INTEREST IN THE VEHICLE DESCRIBED IN THIS CERTIFICATE IS HEREBY RELEASED |
| NAME: | NAME: |
| AUTHORIZED SIGNATURE: X | AUTHORIZED SIGNATURE: X |
| DATE RELEASED: | DATE RELEASED: |

THE REGISTRAR OF MOTOR VEHICLES HEREBY CERTIFIES THAT AN APPLICATION FOR A CERTIFICATE OF TITLE FOR THE MOTOR VEHICLE DESCRIBED HEREIN HAS BEEN DULY FILED, PURSUANT TO THE PROVISIONS OF THE LAWS OF THE COMMONWEALTH OF MASSACHUSETTS, BASED ON THE STATEMENTS OF THE APPLICANT AND THE RECORDS ON FILE WITH THIS AGENCY, THE APPLICANT NAMED IS THE OWNER OF SAID VEHICLE.

THE REGISTRAR OF MOTOR VEHICLES FURTHER CERTIFIES THAT THE VEHICLE IS SUBJECT TO ANY SECURITY INTERESTS SHOWN HEREIN.

*Anne L. Collins*

**Anne L. Collins**
Registrar

CONTROL NO. F2018425
NOT THE TITLE NUMBER

ALTERATION OR ERASURE VOIDS THIS TITLE.      KEEP IN SAFE PLACE

## REGISTRY OF MOTOR VEHICLES

EXHIBIT "B"

VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW

VERIFY PRESENCE OF WATERMARK   HOLD TO LIGHT TO VIEW

# Massachusetts Registry of Motor Vehicles
www.mass.gov/rmv

| | | 3. Number of Documents | ☐ RO (Registration Only) | ☐ RX (Registration Transfer) |
|---|---|---|---|---|
| | | ☐ ST (Salvage Title) | ☐ RT (Registration & Title) | ☐ TAR (Title Add Registration) |

1. REG. EFF. DATE **06/21/2006**  2. REG. EXP. DATE

☐ TO (Title Only)  ☐ SW (Summer/Winter Swap)  ☐ SS (Surviving Spouse)

ORIGINAL

## Registration/Vehicle Information

| 5. Plate Type **PAN** | 6. Plate Number | 7. Previous Title # | 8. State |
|---|---|---|---|

**9. Type of Registration:**
☑ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial
☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☐ Motorcycle ☐ Other____

**10. Vehicle Identification Number:**
**1G1ZT58N37F100704**

| 11. Year **2007** | 12. Make **CHEV** | 13. Model Name **MALIBU** | 14. Model # **1ZT69** | 15. Body Style **SEDAN** | 16. Circle Color(s) of Vehicle 3-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 17. # of Cylinders/Passengers/Doors/Wheels **6 , 5 , 4 , 4** |
|---|---|---|---|---|---|---|

| 18. Transmission ☑ Automatic ☐ Manual | 19. Total Gross Weight (Laden) | 20. Motor Power ☑ Gasoline ☐ Diesel ☐ Propane ☐ Electric ☐ Conversion ☐ Hybrid ☐ Other | 21. Bus: ☐ Regular ☐ DTE ☐ Livery ☐ Local ☐ School Pupil If carrying passengers for hire, max no of passengers that can be seated:____ If school bus, is it used exclusively for city, town, or school district? ☐ Yes ☐ No |
|---|---|---|---|

## Owner Information

| 22. Owner #1 MA License. Use SSN if out-of-state | 23. Owner #2 MA License. Use SSN if out-of-state | 24. EIN/FID (see block 24) **510252246** |
|---|---|---|

| 25. Owner # 1 Name (Last, First, Middle) | 26. Owner # 1 Date of Birth |
|---|---|

| 27. Owner # 2 Name (Last, First, Middle) | 28. Owner # 2 Date of Birth |
|---|---|

| 29. Corp/Co/Organization Name (see block 24) **P.V. HOLDING CORP.** | 30. City/Town Where Vehicle is Principally Garaged: **BOSTON (001)** |
|---|---|

**31. Mailing Address**  **375 MCCLELLAN HWY., E. BOSTON, MA 02128**

| City | State | Zip Code |
|---|---|---|

**32. Residential Address**

| City | State | Zip Code |
|---|---|---|

**33A. Lessee's MA License Number or EIN/FID Number. If out-of-state Lessee, use SSN and date of birth.** M M D D Y Y  **33B. Lessee's Name:**

**34. Lessee's Address, City, State, and Zip Code**

## Title Data

| 35. Date of Purchase **06/15/2006** | 36. Odometer Reading **006** |
|---|---|

**37.** ☑ New Vehicle ☐ Used Vehicle
**38. Title Type:** ☑ Clear ☐ Owner Retained ☐ Salvage ☐ Theft ☐ Reconstructed ☐ Prior Owner Retained

**39. Primary Salvage Title Brands:** ☐ Repairable ☐ Parts Only
**40. Secondary Salvage Brand(s)**

## Lienholder Information
I/we certify that all liens on this vehicle are listed below

| 41. Date of 1st Lien **06/15/2006** | 42. Date of 2nd Lien |
|---|---|

| 43. First Lienholder Code **C/31397** | 44. Name **THE BANK OF NEW YORK, AS TRUSTEE** |
|---|---|

**45. Lienholder's Address**  **300 CENTRE POINTE DRIVE, VIRGINIA BEACH, VA 23462**

| 46. Second Lienholder Code | 47. Name |
|---|---|

**48. Lienholder's Address**

## Insurance Certification

The company signatory hereto hereby certifies that it has or will insure or guarantee performance by the applicant hereinabove named with respect to the motor vehicle hereinbefore described for a period at least coterminous with that of such registration under a motor vehicle liability policy, binder or bond which conforms to the provisions of general laws, Chapter 175, Section 113A, and that the premium charge and classification on the effective date of registration are as established by the commissioner.

**THE TRAVELERS INDEMNITY CO.**
**of Massachusetts**
**Licensed Agent**
**Per: Authorized**

| 49A. Policy Effective Date: **06/21/2006** | 8 |
|---|---|
| Policy Change Date: | 8 |
| 49B. Manual Class: **B&P** | 49C. Ins. Company & Code: **887** | 7 |

## Sales or Use Tax Schedule

**56 A. SALE BY LICENSED MOTOR VEHICLE DEALER**

MA DOR-Registered Dealer EIN/FID #____

| Total Sale Price (adjusted for dealer's discount and manufacturer's rebate) | $ |
|---|---|
| Less Manufacturer's Excise | $ |
| Net Sales Price | $ |
| Less Trade-in Allowance for: | $ |
| Year____ Make____ Model____ | |
| Trade-in VIN | |
| Taxable Sales Price | $ |
| 5% Sales Tax | $ |

**B. SALES BY OTHER THAN MOTOR VEHICLE DEALER**

| Gross Sales Price (Proof Required) | $ |
|---|---|
| 5% Sales/Use Tax | $ |

**C. CLAIM EXEMPTION FROM TAX CODE: 999078896**

Form Attached (if required)

Exempt Organization Certificate # ✓

## Fee Information

| 57. Reg: $ **31.5** | Payment: |
|---|---|
| Title: $ **50** | ☐ Cash |
| Tax: $ | ☑ Check |
| P&H: $ | ☐ EFT/CC |
| Total: $ **81.5** | Clerk ID: |

**58. Batch No:**

**59. Clerk/End User Initials:** **149676-2**

## Signatures

(We the applicants hereby certify under the penalties of perjury that there are no outstanding excise tax liabilities on the vehicle described above that have been incurred by the applicant(s), any member of the applicant's immediate family who is a member of the applicant's household or the business partner of the applicant(s). I/We further certify that all information contained in this application is true and correct to the best of my knowledge and belief. We understand that false statements are punishable by fine, imprisonment or both.)

**50. Signature of Owner From Block 25 or 29.** If owner is listed in Block 29, signer must also print name.
*Michael F. Hines*  **Michael F. Hines**

**51. Signature of 2nd Owner From Block 27.**

**52. Authorized Dealer's Signature**  *Alisha Pisano*  **Alisha Pisano**
**53. Dealer Reg. No.**

**54. Seller's Name (Print)**  **PRESTIGE PONT-OLDS/AVIS**

**55.** Seller's Address  **P. O. BOX 651, PARSIPPANY, NJ 07054**



0934

RBLPD019

**INVOICE NO.**
1AD89709389

**DATE**
06/15/06

**VEHICLE IDENTIFICATION NO.**
1G1ZT58N37F100704

**YEAR**
2007

**MAKE**
CHEVROLET

**BODY TYPE**
MALIBU SEDAN 2LT

**SHIPPING WEIGHT**
3253

**H.P. (S.A.E.)**
36.5

**G.V.W.R.**
4280

**NO. CYLS.**
06

**SERIES OR MODEL**
1ZT69

P.O. NUMBER 7017641N0200000

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

44287 KDFT8N

PRESTIGE CHEVROLET, INC./AVIS
6 SYLVAN WAY
PARSIPPANY          NJ  07054-3826

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

```
****************
* THIS VEHICLE*
*    HAS A    *
*  CALIFORNIA *
*  EMISSION   *
*   SYSTEM    *
****************
```

CHEVROLET MOTOR DIVISION
GENERAL MOTORS CORPORATION

BY:
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)          (AGENT)

G46115550

DETROIT          MI  48243-1114
CITY - STATE

44287
04
A
045
04

8510044765 ©Moore Wallace 0210

**484**

P.V. HOLDING CORP.

375 MCCLELLAN HWY., EAST BOSTON  MA 02128

000005

PRESTIGE CHEVROLET, INC./AVIS  A1709

19      JUN      06

000005

D SOLANKI        A1709        06/19/06        06/19/06

S. alexandres

19      JUN      06

S Alexandres

P.V. HOLDING CORP.

375 MCCLELLAN HWY., EAST BOSTON  MA 02128

THE BANK OF NEW YORK, AS TRUSTEE

300 CENTRE POINTE DR., VIRGINIA BEACH  VA 23462

7F100704

```
SCREEN PRINT TRANSACTION_ID: CA8681TJEJJI010817510905314
06/23/2008 09:05   MASSACHUSETTS REGISTRY OF MOTOR VEHICLES        UGR1210
                         TITLE AMEND
 FUNCTION: T1A  MSG: INQUIRY COMPLETE - DUP  0 LIEN  0  - ENTER ACTION
 TITLE # : BD364789      VIN: 1G1ZT58N37F100704     BATCH#: 05812901010127
 PLT TYP : PAN  REG#: 35VB42    CLR: R
 LIC #1  :            LIC #2:          FID#: 510252246    NEW TTL#:
 ACT CD  :
 OWNER1 NAME L:                F:              M:            DOB:
 OWNER2 NAME L:                F:              M:            DOB:
 CORP/CO NAME : PV HOLDING CORP
 MAIL ADDR   : 375 MCCLELLAN HWY    CITY: E BOSTON       ST: MA ZIP 02128-1177
 BLDG/APT    :                                   TITLE PRINT:

 YEAR: 2007   MAKE: CHEV    MODEL: MALIBU     MODEL#:           STYLE  : SEDAN
 CLR : BROWN   /            CYL  : 06 PASS: 5  DOORS : 4  TRAN: A MTR PWR: G
 PREV TITLE :                     PREV STATE:
 STATUS/DATE: CANC - 05/08/2008 ENTRY DATE: 06/21/2006 PRINT DATE  : 07/07/2006
 PURCH DATE : 06/15/2006 ODOM : 6       NEW/USED: N    TITLE RTN ST: KY
 TITLE TYPE : CLEAR    BRAND:                  REASON CODE :
 LIENHOLDER 1 TYPE/CODE : C / 31397      LIENHOLDER 2 TYPE/CODE :    /
 BANK OF NEW YORK AS TRUSTEE
 300 CENTRE POINTE DR

 VIRGINIA BEACH  VA 23462
```



New York State Department of Motor Vehicles
Certified Document Center/Data Services
6 Empire State Plaza
Albany New York 12228

## CERTIFICATION OF NO RECORD FOUND

Date _____ June 5, 2008 _____

**Search Information:**

| Name (Last, First, Middle Initial) | | Date of Birth | Client Identification Number | Plate Number |
|---|---|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * * * * * * * * * | 35VB412** | * * * * * * * * |
| Street Address | | Vehicle Identification Number *(from vehicle registration)* | | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * * * * * * * * * * * * * * * * | | |
| City | | | State | Zip Code |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | NY | * * * * * * * * * * |

**Document Requested:**

☐ Operating Record (includes all convictions and accidents)

☑ Vehicle Registration

☐ Vehicle Ownership

In compliance with your request, and using the search information shown above, I have caused a search to be made of the records of the Department of Motor Vehicles. I certify that, to date, no record has been found of the document requested.

**Comments:**

EXHIBIT "C"

Certified by,

_[signature]_

DS-243 (1/08)

Commissioner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
DAWN BARKER,

                Plaintiffs,     AFFIDAVIT

      - against -         08 CIV. 4517(JSR)(JCF)

BRENDA A. ITHIER, PV HOLDING CORP.
and AVIS BUDGET GROUP, INC.,

                Defendants.
----------------------------------x

STATE OF NEW JERSEY   )
                )ss.:
COUNTY OF MORRIS      )

    Joy Reiseman, being sworn, deposes and says:

    1.  I am the Assistant Secretary of PV Holding Corp., with offices at 3 Century Drive, Parsippany, New Jersey 07054.  As the Assistant Secretary, I am fully familiar with the business of PV Holding Corp. and its affiliated and related entities, their holdings and business activities.

    2.  PV Holding Corp. and Avis Budget Group, Inc., through its subsidiary Budget Rent a Car System, Inc., are affiliated entities engaged in the business of renting consumer automobiles to the general public under the "Budget Rent a Car" trade name.  PV Holding Corp. serves as the nominee titleholder for vehicles rented in 2007 by Budget Rent a Car System, Inc.  A review of the rental agreement set forth at Exhibit A reveals that Budget Rent a Car System, Inc. rented a 2007 Chevrolet Malibu bearing Massachusetts license plate 35VB42 to a Brenda Ithier on March 11, 2007.  The rental agreement identifies the vehicle rented to Ithier as car

2

#1496762 which our records reflect bears vehicle identification number 1G1ZT58N37F100704. As set forth on the certified certificate of title from the State of Massachusetts for this vehicle, set forth at Exhibit B, PV Holding Corp. is the registered owner of said vehicle.

3. For the reasons set forth by our counsel, Reardon & Sclafani, P.C., in support of this instant motion, it is respectfully requested that the defendants PV Holding Corp. and Avis Budget Group, Inc. be granted summary judgment dismissing plaintiff's complaint.

JOY REISMAN

Sworn to and subscribed before me this 30th day of July, 2008:

NOTARY PUBLIC

DAWN ANDREANO
Notary Public Of New Jersey
My Commission Expires Aug. 22, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
DAWN BARKER,

                          Plaintiffs,        <u>AFFIDAVIT</u>

          - against -                        08 CIV. 4517(JSR)(JCF)


BRENDA A. ITHIER, PV HOLDING CORP.
and AVIS BUDGET GROUP, INC.,

                          Defendants.
----------------------------------x

STATE OF NEW JERSEY   )
                      )ss.:
COUNTY OF MORRIS      )

     Michelle Close, being sworn, deposes and says:

     1.  I am the Records Custodian for Budget Rent a Car System,

Inc., a subsidiary of the defendant Avis Budget Group, Inc.,

maintaining an office at 6 Sylvan Way, Parsippany, New Jersey.

     2.  Annexed as Exhibit A is a true, accurate and correct copy

of a rental agreement entered into by Brenda Ithier on March 11,

2007 maintained in the ordinary course of business of Budget Rent

a Car System, Inc.

                                   _____
                                   MICHELLE CLOSE

Sworn to and subscribed before
me this 31st day of July, 2008:

_____
NOTARY PUBLIC

        JACQUELINE CHESLOW
     NOTARY PUBLIC OF NEW JERSEY
   My Commission Expires Feb. 12, 20 12

Nicholas J. Accurso, Esq. (NA 1853)
An Associate with the Firm of
REARDON & SCLAFANI, P.C.
Attorneys for Defendants
220 White Plains Road, Suite 235
Tarrytown, New York  10591
(914) 366-0201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DAWN BARKER,

                        Plaintiffs,

        - against -                      08 CIV. 4517(JSR)(JCF)


BRENDA A. ITHIER, PV HOLDING CORP.
and AVIS BUDGET GROUP, INC.,

                        Defendants.
------------------------------------x

## PRELIMINARY STATEMENT

The defendants PV Holding Corp. and Avis Budget Group, Inc. move this Court pursuant to Rule 56(b) for an order dismissing the plaintiff's complaint based on 49 USC §30106 and New York State Vehicle and Traffic Law §388. As a matter of law, it is submitted, plaintiff's complaint must be dismissed.

## JURISDICTION

This Court has original jurisdiction pursuant to sub-chapter I of Chapter 301 of Title 49, United States Code §30106, the "complete preemption doctrine" and diversity of citizenship.  28 USC §§1331, 1332.

## ARGUMENT

## POINT I

### THE PLAINTIFF'S COMPLAINT IS WITHOUT MERIT

New York State Vehicle and Traffic Law §388 imposes vicarious

2

liability on the owners of automobiles while those automobiles are being operated with the permission and consent of the owner.    On August 10, 2005, Congress enacted the Safe, Accountable, Flexible, Efficient Transportation Equity Act, 49 USC §30106 (commonly known as the "Graves Amendment") prohibiting the imposition of vicarious liability against owners of motor vehicles and their affiliates who rent or lease their vehicles to the public which are subsequently involved in motor vehicle accidents.    Flagler v. Budget Rent a Car System, Inc., 538 F.Supp.2d 557 (EDNY, 2008); Merchants Insurance Group v. Mitsubishi Motor Credit Association, 2008 WL 203195 (EDNY, 2008); Berkan v. Penske Truck Leasing Canada, Inc., 535 F.Supp.2d 341 (WDNY, 2008).    The preemptive effect of the "Graves Amendment" on statutes imposing liability on the owners of rental cars has been routinely recognized.    Jasman v. DTG Operations, Inc., 533 F.Supp.2d 753 (W.D. Michigan, 2008); Garcia v. Vanguard Car Rental USA, Inc., 510 F.Supp.2d 821 (M.D. Fla., 2007); Dargahi v. Hymas, 2007 WL 2274861, fn. 1 (S.D.N.Y., 2007); Seymour v. Penske Truck Leasing Co., LP, 2007 WL 2212609 (S.D. Georgia, 2007); Jones v. Bill, 10 NY3d 550, __NE2d__ (2008); Hall v. ELRAC, 52 AD3d 262, 859 NYS2d 641 (1st Dept., 2008); Graham v. Dunkley, 50 AD3d 55, 852 NYS2d 169 (2d Dept., 2008); Johnson v. Kling, 48 AD3d 637, 854 NYS2d 648 (2d Dept., 2008).

As the vehicle alleged in the plaintiff's complaint is owned by the defendant PV Holding Corp. (see certificate of title at

3

Exhibit B) and was rented through its affiliate engaged in the business of renting vehicles to the public, Budget Rent a Car Systems, Inc., and operated by its renter when the accident occurred, the instant action against PV Holding Corp. and its affiliate Avis Budget Group, Inc. is barred pursuant to 49 USC §30106 and plaintiff's complaint must be dismissed.  See Reiseman affidavit.

As an additional ground for dismissal of plaintiff's complaint in favor of the defendant Avis Budget Group, Inc., it is submitted that the submission of the certified title report from the State of Massachusetts at Exhibit B showing that title to the vehicle is in PV Holding Corp. is prima facie proof that the defendant Avis Budget Group, Inc. is not the owner of said vehicle requiring dismissal of the plaintiff's complaint against Avis Budget Group, Inc., even in the absence of federal preemption.  See New York Vehicle and Traffic Law §128; Squires v. Mumphrey, 36 AD3d 607, 828 NYS2d 449 (2d Dept., 2007); Marchetti v. Avis Rent a Car, 249 AD2d 518, 672 NYS2d 368 (2d Dept., 1998); Dickerson v. Diaz, 256 AD2d 435, 681 NYS2d 605 (2d Dept., 1998).

## CONCLUSION

As a matter of law, the defendants PV Holding Corp. and Avis Budget Group, Inc. are entitled to summary judgment dismissing the complaint.

4

Dated: Tarrytown, New York
       July 31, 2008

Respectfully submitted,

REARDON & SCLAFANI, P.C.
Attorneys for Defendants
PV Holding and Avis
OFFICE & P.O. ADDRESS
220 White Plains Road, Suite 235
Tarrytown, New York 10591
(914) 366-0200

By: _____
    NICHOLAS J. ACCURSO (NA 8153)