Nicholas J. Accurso, Esq. (NA 1853)
An Associate with the Firm of
REARDON & SCLAFANI, P.C.
Attorneys for Defendants
Avis and PV Holding
220 White Plains Road, Suite 235
Tarrytown, New York  10591
(914) 366-0201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
DAWN BARKER,

               Plaintiffs,

     - against -

BRENDA A. ITHIER, PV HOLDING CORP.
and AVIS BUDGET GROUP, INC.,

              Defendants.
----------------------------------x

DECLARATION IN SUPPORT
OF DEFENDANTS' MOTION

08 CIV. 4517(JSR)(JCF)

Nicholas J. Accurso, an attorney duly admitted to practice before this Court and the Courts of the State of New York, declares the truth of the following under penalty of perjury:

1.    That I am an associate of the law firm of Reardon & Sclafani, P.C., attorneys for the defendants Avis Budget Group, Inc. and PV Holding Corp.; and am fully familiar with the facts and circumstances of this action.  I submit this declaration in support of the instant motion of the defendants Avis Budget Group, Inc. and PV Holding Corp. for an order pursuant to Fed. R. Civ. P. 56(b) and 49 USC 30106 dismissing the plaintiff's complaint against Avis Budget Group, Inc. and PV Holding Corp. and for an order pursuant to Rule 56(b) and New York State Vehicle and Traffic Law §388 dismissing the plaintiff's complaint against Avis Budget Group, Inc.

2.    The plaintiff brings this action to recover damages for

2

personal injuries allegedly sustained in a motor vehicle accident which occurred on March 12, 2007 at approximately 12:15 p.m. on Jerome Avenue 300 feet west of its intersection with East 167th Street in The Bronx. (See ¶¶ 22-25 to the complaint at Docket #1.)

3. This action was commenced by the filing of a summons and complaint in the New York County Clerk's Office on May 2, 2008. Docket #1. On May 15, 2008, this action was removed to this Court pursuant to 28 USC §§1331, 1332, 1441(a) and 1446(b) based on the complete diversity of citizenship of the parties and the Court's federal question jurisdiction. Id. On May 21, 2008, the defendants Avis Budget Group, Inc. and PV Holding Corp. served their answer. Docket #7. The defendant Brenda Ithier served her answer on or about June 11, 2008.

4. At ¶¶"9" and "27" of the plaintiff's complaint, it is alleged that on March 12, 2007, each of the moving defendants owned a 2007 Chevrolet automobile bearing New York State license plate number 35VB42. This is incorrect as the 2007 Chevrolet automobile involved in this accident actually bore Massachusetts plate number 35VB42. See affidavit of Joy Reiseman sworn to on the 30th day of July, 2008, the rental agreement at Exhibit A, the certified title report at Exhibit B and the "certification of no record found" from the New York State Department of Motor Vehicles for plate number 35VB42 at Exhibit C.

5. The certified certificate of title from the State of

3

Massachusetts conclusively shows that the 2007 Chevrolet bearing plate number 35VB42 referred to in plaintiff's complaint is owned by the defendant PV Holding Corp.  (See also Reiseman affidavit.)

6.    That the defendants PV Holding Corp. and Avis Budget Group, Inc. are affiliated with Budget Rent a Car System, Inc. and are engaged in the business of renting automobiles to the general public under the "Budget Rent a Car" trade name.   On March 11, 2007, the subject 2007 Chevrolet Malibu was rented to the defendant Ithier.  See Reiseman affidavit and rental agreement at Exhibit A.

7.   As more fully set forth in the accompanying memorandum of law, pursuant to 49 USC §30106 and New York State Vehicle and Traffic Law §§128 and 388, the defendants Avis Budget Group, Inc. and PV Holding Corp. are entitled to summary judgment dismissing the plaintiff's complaint.

WHEREFORE, it is respectfully requested that the defendants' motion be granted in all respects and that plaintiff's action be denied in its entirety.

_____
NICHOLAS J. ACCURSO

Sworn to and subscribed before
me this 31st day of July, 2008:

_____
Notary Public

DAWN M. SEHLMEYER
NOTARY PUBLIC State of New York
No. 4954896 Westchester
Qualified in Dutchess County
Commission Expires Aug. 21, 19 2009

\$ - GUARANTEED
R - MANHATTAN GOLD (MANHATTAN LOCATIONS ONLY)

CNXXXXXXXXXXX1135          3311 AIRPORT RD          ALLENTOWN,PA,18105,US          1143

))RETURN(( RA DOCUMENT 765136256      RENTED: 11MAR07/1918 AT: ALLENTOWN, PA APT   PHONE: 610-266-0567        378821
CAR# 1 4 9 6 7 5 2    GRP C           RETURN: 12MAR07/1413R AT: LAGUARDIA APO       RATE: A /C    TIME:    0 DY  18 HR
                                      DUE IN: 12MAR07/1500 AT: ALLENTOWN, PA APT    MIN    1 DAY

MI OUT:17709        MI IN: 17975                                                   266 MI @        .00
TOTAL MILES DRIVEN: 266                    ******OPTIONAL SERVICES******          @ HR @      16.00
PLATE: PA 3SVM42      FUEL OUT: 8/8                                               @ DY @      22.99
06E CHEV MALI 4DR     FUEL IN: 6/8        LDW:      23.89/DAY DECLINED            0 WK @
                                          PAE:       4.95/DAY DECLINED            0 MO @
METHOD OF PAYMENT: MASTER      1135       ESP:       4.00/DAY DECLINED            MIN  1DY/M /C       *    22.99
DRIVERS LIC: USPAXXXX0130                 SLI:      12.95/DAY DECLINED            TIME & MILEAGE      *    22.99
BC#0    MG111X                                                                   FUEL SERVICE:  .2728/MI
BCD# U024100                                                                                    6.545/GAL
REMARKS:NSV/ HALF HOUR LATE                                                      *2% PASS CAR RENT TAX  *    .46
RA DOCUMENT 765136256                                                            **11.11% FEE          *   2.55
                                                                                SUBTOTAL                  26.00
                                                                                TAX  6.000%           *   1.56
                                                                                #\$2.00/DAY SURCHARGE  *   2.00
                                                                                TOTAL CHARGES             29.56
                                                                                AMOUNT DUE   CV   USD     29.56
                                                                                * PA PASSENGER CAR RENT TAX
                                                                                # \$2.00/DY PA STATE SURCHARGE
                                                                                **CONCESSION RECOVERY FEE

          ITHIER,BRENDA
          762 PENN ESTATES
          EAST STROUDSBURG,PA,18301,US

                                   FASTBREAK

--------NOTICES--------NOTICES---------NOTICES---------NOTICES---------NOTICES ---------NOTICES---------NOTICES
***THE AMOUNT THAT APPEARS IN "AMOUNT DUE" HAS BEEN          ***00-74 MILES, \$ 9.50 REFUELING SERVICE CHGE WILL
BILLED TO YOUR MASTER CARD.                                  APPLY.
***ALL CHARGES ARE SUBJECT TO AUDIT AND CHANGE IF ANY       ***I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS
ERRORS ARE FOUND.                                           SHOWN ON THIS RENTAL DOCUMENT AND ON THE SEPARATE
***THANK YOU FOR RENTING FROM BUDGET.                       RENTAL DOCUMENT JACKET DELIVERED TO ME WITH THIS
***MINIMUM CHARGE IS 1 DAY (24 HRS) PLUS MILEAGE.           RENTAL DOCUMENT.
***FUEL SERVICES ADD'L IF CAR IS RETURNED WITH LESS
FUEL THAN WHEN RENTED.                                      A SIGNATURE IS ON FILE.......... RENTAL #265136256
0BFC/290E/0/075/13:10/F                                                          RES # 4774407-US-2C
                                                            PREPARED BY: 52241          CLOSED BY: 75528

                                 EXHIBIT "A"

# THE COMMONWEALTH OF MASSACHUSETTS

CERTIFICATE OF TITLE

‖‖‖‖‖‖‖‖‖‖ 1496762 7F100704

| TITLE NUMBER | VEHICLE IDENTIFICATION NUMBER | | DATE OF ISSUE |
|---|---|---|---|
| BD364789 | 1G1ZT58N37F100704 1G1ZT58N37F100704 | | 07/07/2006 |

| MFRS. MODEL YEAR | MAKE | MODEL NAME | MODEL NO. | BODY STYLE/TYPE | NEW/USED |
|---|---|---|---|---|---|
| 2007 | CHEV | MALIBU | | SEDAN | NEW |

| CYL. PASS. ORS. | PURCHASE DATE | ODOMETER READING | | PREV. TITLE NO | PREV. TITLE STATE |
|---|---|---|---|---|---|
| 06 05 4 | 06/15/2006 | 6 ACTUAL MILEAGE | IF PREVIOUS STATE WAS TITLE EXEMPT, REGISTRATION NUMBER IS DISPLAYED | | |

MAILING ADDRESS ONLY:

BANK OF NEW YORK AS TRUSTEE
300 CENTRE POINTE DR
VIRGINIA BEACH, VA 23462

OWNER(S) NAME AND ADDRESS:

PV HOLDING CORP
375 MCCLELLAN HWY
E BOSTON, MA 02128-1177

FIRST LIENHOLDER:

BANK OF NEW YORK AS TRUSTEE
300 CENTRE POINTE DR
VIRGINIA BEACH, VA 23462

**TITLE TYPE AND BRANDS**

TITLE TYPE:

BRAND
BRAND
BRAND
BRAND

TITLE MESSAGE(S):

SECOND LIENHOLDER:

**RELEASE OF FIRST LIEN:**
THE FIRST LIENHOLDER'S INTEREST IN THE VEHICLE
DESCRIBED IN THIS CERTIFICATE IS HEREBY RELEASED
NAME:

AUTHORIZED SIGNATURE:
X

DATE RELEASED:

**RELEASE OF SECOND LIEN:**
THE SECOND LIENHOLDER'S INTEREST IN THE VEHICLE
DESCRIBED IN THIS CERTIFICATE IS HEREBY RELEASED
NAME:

AUTHORIZED SIGNATURE:
X

DATE RELEASED:

THE REGISTRAR OF MOTOR VEHICLES HEREBY CERTIFIES THAT AN APPLICATION FOR A CERTIFICATE OF TITLE FOR THE MOTOR VEHICLE DESCRIBED HEREIN HAS BEEN DULY FILED, PURSUANT TO THE PROVISIONS OF THE LAWS OF THE COMMONWEALTH OF MASSACHUSETTS, BASED ON THE STATEMENTS OF THE APPLICANT AND THE RECORDS ON FILE WITH THIS AGENCY, THE APPLICANT NAMED IS THE OWNER OF SAID VEHICLE.

THE REGISTRAR OF MOTOR VEHICLES FURTHER CERTIFIES THAT THE VEHICLE IS SUBJECT TO ANY SECURITY INTERESTS SHOWN HEREIN.

*Anne L. Collins*

**Anne L. Collins**
Registrar

CONTROL NO. F2018425
NOT THE TITLE NUMBER

ALTERATION OR ERASURE VOIDS THIS TITLE.                          KEEP IN SAFE PLACE

REGISTRY OF MOTOR VEHICLES

EXHIBIT "B"

## Massachusetts Registry of Motor Vehicles
RMV-1 Application for Registration and Title
www.mass.gov/rmv

| | | |
|---|---|---|
| **3. Number of Documents** | ☐ RO (Registration Only) | ☐ RX (Registration Transfer) |
| ☐ ST (Salvage Title) | ☐ RT (Registration & Title) | ☐ TAR (Title Add Registration) |
| ☐ TO (Title Only) | ☐ SW (Summer/Winter Swap) | ☐ SS (Surviving Spouse) |

**1. REG. EFF. DATE** 06/21/2006   **2. REG. EXP. DATE**

**ORIGINAL**

### Registration/Vehicle Information

**5. Plate Type** PAN   **6. Registration Number**   **7. Previous Title #**   **8. State**

**9. Type of Registration:** ☒ Passenger ☐ Bus ☐ Taxi ☐ Livery ☐ Commercial
☐ Trailer ☐ Auto Home ☐ Semi-Trailer ☐ Motorcycle ☐ Other

**10. Vehicle Identification Number:** 1G1ZT58N37F100704

| 11. Year 2007 | 12. Make CHEV | 13. Model Name MALIBU | 14. Model # 1ZT69 | 15. Body Style SEDAN | 16. Circle Color(s) of Vehicle 2-Orange 1-Black 2-Blue 3-Brown 4-Red 5-Yellow 6-Green 7-White 8-Gray 9-Purple | 17. # of Cylinders/Passengers/Doors/Wheels 6 / 5 / 4 / 4 |
|---|---|---|---|---|---|---|

**18. Transmission**
☒ Automatic
☐ Manual

**19. Total Gross Weight (Laden)**

**20. Motor Power** ☒ Gasoline
☐ Diesel ☐ Propane ☐ Electric
☐ Conversion ☐ Hybrid ☐ Other

**21. Bus:** ☐ Regular ☐ DTE ☐ Livery ☐ Taxi ☐ School Pupil
If carrying passengers for hire, max no of passengers that can be seated: _____
If school bus, is it used exclusively for city, town, or school district? ☐ Yes ☐ No

### Owner Information

**22. Owner #1 MA License. Use SSN if out-of-state**   **23. Owner #2 MA License. Use SSN if out-of-state**   **24. EIN/FID (see block 29)** 510252246

**25. Owner # 1 Name (Last, First, Middle)**   **26. Owner # 1 Date of Birth**

**27. Owner # 2 Name (Last, First, Middle)**   **28. Owner # 2 Date of Birth**

**29. Corp/Co/Organization Name (see block 24)** P.V. HOLDING CORP.   **30. City/Town Where Vehicle is Principally Garaged:** BOSTON (001)

**31. Mailing Address** 375 MCCLELLAN HWY., E. BOSTON, MA 02128   City   State   Zip Code

**32. Residential Address**   City   State   Zip Code

**33A. Lessee's MA License Number or EIN/FID Number. If out-of-state Lessee, use SSN and date of birth.** M M D D Y Y   **33B. Lessee's Name:**

**34. Lessee's Address, City, State, and Zip Code**

### Title Data

**35. Date of Purchase** 06/15/2006   **36. Odometer Reading** 006

**37.** ☒ New Vehicle ☐ Used Vehicle   **38. Title Type:** ☐ Clear ☐ Owner Retained ☐ Salvage ☐ Theft ☐ Reconstructed ☐ Prior Owner Retained

**39. Primary Salvage Title Brands:** ☐ Repairable ☐ Parts Only   **40. Secondary Salvage Brand(s)**

### Lienholder Information
I/we certify that all liens on this vehicle are listed below

**41. Date of 1st Lien** 06/15/2006   **42. Date of 2nd Lien**

**43. First Lienholder Code** C/31397   **44. Name** THE BANK OF NEW YORK, AS TRUSTEE

**45. Lienholder's Address** 300 CENTRE POINTE DRIVE, VIRGINIA BEACH, VA 23462

**46. Second Lienholder Code**   **47. Name**

**48. Lienholder's Address**

### Insurance Certification

The company signatory hereto hereby certifies that it has or will insure or guarantee performance by the applicant hereinbefore named with respect to the motor vehicle hereinbefore described for a period at least coterminous with that of such registration under a motor vehicle liability policy, binder or bond which conforms to the provisions of general laws, Chapter 175, Section 113A, and that the premium charge and classification on the effective date of registration are as established by the commissioner.

THE TRAVELERS INDEMNITY CO.
of Massachusetts
Licensed Agent
Per: Authorized

**49A. Policy Effective Date:** 06/21/2006
**Policy Change Date:**
**49B. Manual Class:** B&P   **49C. Ins. Company & Code:** 887

### Sales or Use Tax Schedule

**56 A. SALE BY LICENSED MOTOR VEHICLE DEALER**

| | |
|---|---|
| MA DOR-Registered Dealer EIN/FID # | |
| Total Sale Price (adjusted for dealer's discount and manufacturer's rebate) | $ |
| Less Manufacturer's Excise | $ |
| Net Sales Price | $ |
| Less Trade-in Allowance for: | $ |
| Yr Make Model | |
| Trade-in VIN | |
| Taxable Sales Price | $ |
| 5% Sales Tax | $ |

**B. SALES BY OTHER THAN MOTOR VEHICLE DEALER**

| | |
|---|---|
| Gross Sales Price (Proof Required) | $ |
| 5% Sales/Use Tax | $ |

**C. CLAIM EXEMPTION FROM TAX CODE:** 999078896
Form Attached (if required)
Exempt Organization Certificate # ✓

### Fee Information

| 57. Reg: $ 31.5 | Payment: |
|---|---|
| Title: $ 50 | ☐ Cash |
| Tax: $ | ☒ Check |
| P&H: $ | ☐ EFT/CC |
| Total: $ 81.5 | Clerk ID: |

**58. Batch No:**

**59. Clerk/End User Initials:** 149676-2

### Signatures

(We the applicants hereby certify under the penalties of perjury that there are no outstanding excise tax liabilities on the vehicle described above that have been incurred by the applicant(s), any member of the applicant's immediate family who is a member of the applicant's household or the business partner of the applicant(s). We hereby further certify that all information contained in this application is true and correct to the best of my knowledge and belief. False statements are punishable by fine, imprisonment or both.

**50. Signature of Owner From Block 25 or 29. If owner is listed in Block 29, signer must also print name.**
Michael F. Hines

**51. Signature of 2nd Owner From Block 27.**

**52. Authorized Dealer's Signature** Alisha Pisano   **53. Dealer Reg. No.**

**54. Seller's Name (Please Print)** PRESTIGE PONT-OLDS/AVIS

**55.** P. O. BOX 651, PARSIPPANY, NJ 07054

# CERTIFICATE OF ORIGIN FOR A VEHICLE

0934



**GM**

RBLPD019

**INVOICE NO.**
1AD89709389

**DATE**
06/15/06

**VEHICLE IDENTIFICATION NO.**
1G1ZT58N37F100704

**YEAR**
2007

**MAKE**
CHEVROLET

**BODY TYPE**
MALIBU SEDAN 2LT

**SHIPPING WEIGHT**
3253

**H.P. (S.A.E.)**
36.5

**G.V.W.B.**
4280

**NO. CYLS.**
06

**SERIES OR MODEL**
1ZT69

**P.O. NUMBER 7017641N0200000**

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

**NAME OF DISTRIBUTOR, DEALER, ETC.**

44287 KDFT8N

PRESTIGE CHEVROLET, INC./AVIS
6 SYLVAN WAY
PARSIPPANY          NJ   07054-3826

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

```
***************
* THIS VEHICLE*
*     HAS A    *
*  CALIFORNIA  *
*   EMISSION   *
*    SYSTEM    *
***************
G46115550
```

CHEVROLET MOTOR DIVISION
GENERAL MOTORS CORPORATION

BY:
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)          (AGENT)

DETROIT          MI   48243-1114
CITY - STATE

44287
04
A
045
04

GM 521 REV. 10-05

8510044765 ©Moore Wallace 0210

P.V. HOLDING CORP.

375 MCCLELLAN HWY., EAST BOSTON MA 02128

000005

PRESTIGE CHEVROLET, INC./AVIS A1709

19 JUN 06

000005

D SOLANKI A1709 06/19/06 06/19/06

19 JUN 06

S Alexandres

P.V. HOLDING CORP.

375 MCCLELLAN HWY., EAST BOSTON MA 02128

THE BANK OF NEW YORK, AS TRUSTEE

300 CENTRE POINTE DR., VIRGINIA BEACH VA 23462

7F100704

```
SCREEN PRINT TRANSACTION_ID: CA8681TJEJJI010817510905314
06/23/2008 09:05    MASSACHUSETTS REGISTRY OF MOTOR VEHICLES        UGR1210
                         TITLE AMEND
  FUNCTION: T1A  MSG: INQUIRY COMPLETE - DUP  0 LIEN  0  - ENTER ACTION
  TITLE # : BD364789      VIN: 1G1ZT58N37F100704      BATCH#: 05812901010127
  PLT TYP : PAN  REG#: 35VB42    CLR: R
  LIC #1  :            LIC #2:          FID#: 510252246    NEW TTL#:
  ACT CD  :
 OWNER1 NAME L:                   F:              M:            DOB:
 OWNER2 NAME L:                   F:              M:            DOB:
 CORP/CO NAME : PV HOLDING CORP
 MAIL ADDR    : 375 MCCLELLAN HWY    CITY: E BOSTON       ST: MA ZIP 02128-1177
 BLDG/APT     :                                   TITLE PRINT:

 YEAR: 2007   MAKE: CHEV   MODEL: MALIBU    MODEL#:            STYLE : SEDAN
 CLR : BROWN  /               CYL  : 06 PASS: 5  DOORS : 4  TRAN: A MTR PWR: G
 PREV TITLE :                     PREV STATE:
 STATUS/DATE: CANC - 05/08/2008 ENTRY DATE: 06/21/2006 PRINT DATE : 07/07/2006
 PURCH DATE : 06/15/2006 ODOM : 6         NEW/USED: N   TITLE RTN ST: KY
 TITLE TYPE : CLEAR    BRAND:                     REASON CODE :
 LIENHOLDER 1 TYPE/CODE : C / 31397      LIENHOLDER 2 TYPE/CODE :    /
 BANK OF NEW YORK AS TRUSTEE
 300 CENTRE POINTE DR

 VIRGINIA BEACH  VA 23462
```



New York State Department of Motor Vehicles
Certified Document Center/Data Services
6 Empire State Plaza
Albany New York 12228

## CERTIFICATION OF NO RECORD FOUND

Date _____ June 5, 2008 _____

**Search Information:**

| Name (Last, First, Middle Initial) | | Date of Birth | Client Identification Number | | Plate Number |
|---|---|---|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * * * * * * * * * | 35VB412** | | * * * * * * * * |
| Street Address | | Vehicle Identification Number *(from vehicle registration)* | | | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | * * * * * * * * * * * * * * * * * | | | |
| City | | | State | Zip Code | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | | NY | * * * * * * * * * * | |

**Document Requested:**

☐ Operating Record (includes all convictions and accidents)

☑ Vehicle Registration

☐ Vehicle Ownership

In compliance with your request, and using the search information shown above, I have caused a search to be made of the records of the Department of Motor Vehicles. I certify that, to date, no record has been found of the document requested.

**Comments:**

EXHIBIT "C"

Certified by,

_[signature]_

DS-243 (1/08)

Commissioner