UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
DAWN BARKER,

                Plaintiffs,        <u>AFFIDAVIT</u>

      - against -             08 CIV. 4517(JSR)(JCF)

BRENDA A. ITHIER, PV HOLDING CORP.
and AVIS BUDGET GROUP, INC.,

                Defendants.
---------------------------------------x

STATE OF NEW JERSEY   )
                          )ss.:
COUNTY OF MORRIS      )

    Joy Reiseman, being sworn, deposes and says:

    1.    I am the Assistant Secretary of PV Holding Corp., with offices at 3 Century Drive, Parsippany, New Jersey 07054. As the Assistant Secretary, I am fully familiar with the business of PV Holding Corp. and its affiliated and related entities, their holdings and business activities.

    2.    PV Holding Corp. and Avis Budget Group, Inc., through its subsidiary Budget Rent a Car System, Inc., are affiliated entities engaged in the business of renting consumer automobiles to the general public under the "Budget Rent a Car" trade name. PV Holding Corp. serves as the nominee titleholder for vehicles rented in 2007 by Budget Rent a Car System, Inc. A review of the rental agreement set forth at Exhibit A reveals that Budget Rent a Car System, Inc. rented a 2007 Chevrolet Malibu bearing Massachusetts license plate 35VB42 to a Brenda Ithier on March 11, 2007. The rental agreement identifies the vehicle rented to Ithier as car

2

#1496762 which our records reflect bears vehicle identification number 1G1ZT58N37F100704. As set forth on the certified certificate of title from the State of Massachusetts for this vehicle, set forth at Exhibit B, PV Holding Corp. is the registered owner of said vehicle.

3. For the reasons set forth by our counsel, Reardon & Sclafani, P.C., in support of this instant motion, it is respectfully requested that the defendants PV Holding Corp. and Avis Budget Group, Inc. be granted summary judgment dismissing plaintiff's complaint.

_____
JOY REISMAN

Sworn to and subscribed before
me this 30th day of July, 2008:

_____
NOTARY PUBLIC

DAWN ANDREANO
Notary Public Of New Jersey
My Commission Expires Aug. 22, 2010