UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DAWN BARKER,

                    Plaintiffs,      AFFIDAVIT

        - against -            08 CIV. 4517(JSR)(JCF)

BRENDA A. ITHIER, PV HOLDING CORP.
and AVIS BUDGET GROUP, INC.,

                    Defendants.
------------------------------------x

STATE OF NEW JERSEY    )
                           )ss.:
COUNTY OF MORRIS       )

    Michelle Close, being sworn, deposes and says:

1. I am the Records Custodian for Budget Rent a Car System, Inc., a subsidiary of the defendant Avis Budget Group, Inc., maintaining an office at 6 Sylvan Way, Parsippany, New Jersey.

2. Annexed as Exhibit A is a true, accurate and correct copy of a rental agreement entered into by Brenda Ithier on March 11, 2007 maintained in the ordinary course of business of Budget Rent a Car System, Inc.

                                              _____
                                              MICHELLE CLOSE

Sworn to and subscribed before
me this 31st day of July, 2008:

_____
NOTARY PUBLIC

JACQUELINE CHESLOW
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Feb. 12, 20 12